IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERMAN MCCOY | : | CIVIL ACTION |
| v. | : | No. 21-1458-GJP |
| CITY OF PHILADELPHIA, et al. | : | |
| | | |
| JAMAAL SIMMONS | : | CIVIL ACTION |
| v. | : | No. 19-1648-CDJ |
| CITY OF PHILADELPHIA, et al. | : | |
| | | |
| JAMES FRAZIER | : | CIVIL ACTION |
| v. | : | No. 19-1692-GAM |
| CITY OF PHILADELPHIA, et al. | : | |
| | | |
| DARNELL POWELL, et al. | : | CIVIL ACTION |
| v. | : | No. 19-2155-TJS |
| CITY OF PHILADELPHIA, et al. | : | |
| | | |
| DONTE HILL | : | CIVIL ACTION |
| v. | : | No. 19-2156-JHS |
| CITY OF PHILADELPHIA, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 20th day of October, 2022, upon consideration of the Joint Motions to Consolidate filed by the parties in the above-captioned cases, and after consultation with the assigned judges, it is ORDERED the Motions are GRANTED insofar as, pursuant to Federal Rule

of Civil Procedure 42(a), the above-captioned actions are consolidated before the Honorable Gerald J. Pappert under Civil No. 21-1458 for pretrial purposes only.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.