**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Sherman McCoy, | CIVIL ACTION |
| *Plaintiff,* | NO. 21-1458 |
| | Lead Case |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Jamaal Simmons, | |
| *Plaintiff,* | CIVIL ACTION |
| | NO. 19-1648 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| James Frazier, | |
| *Plaintiff,* | CIVIL ACTION |
| | NO. 19-1692 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Arkel Garcia, | |
| *Plaintiff,* | CIVIL ACTION |
| | NO. 21-2884 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |

| | |
|---|---|
| Marvin Hill, | |
| *Plaintiff,* | CIVIL ACTION NO. 23-1002 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Rafiq Dixon, | |
| *Plaintiff,* | CIVIL ACTION NO. 23-1650 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Dwayne Handy, | |
| *Plaintiff,* | CIVIL ACTION NO. 24-1905 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |
| Curtis Kingwood, | |
| *Plaintiff,* | CIVIL ACTION NO. 24-4681 |
| v. | |
| City of Philadelphia, et al., | |
| *Defendants.* | |

Ronald Thomas,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-4914

Donta Regusters,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-865

Corey Gibbs,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-2810

Neftali Velazquez,

        *Plaintiff,*

    v.

City of Philadelphia, et al.,

        *Defendants.*

CIVIL ACTION
NO. 25-3720

## <u>ORDER</u>

**AND NOW**, this 25th day of June, 2026, upon consideration of the plaintiffs' Motion for Reconsideration (Dkt. No. 183), the City's response (Dkt. No. 185), the plaintiffs' reply (Dkt. No. 188) and the plaintiffs' post-briefing submission (Dkt. No. 192), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.